JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com
Attorneys for Plaintiff RAYMOND WILSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

RAYMOND WILSON,

        Plaintiff,

vs.

WALGREEN CO; CPC LOGISTICS INC.,

        Defendants.

Case No.: 2:17-cv-01691-JAD-VCF

**MOTION UNDER LR 16-6(e) TO EXCUSE PLAINTIFF'S COUNSEL JAMES P. KEMP, ESQ FROM ATTENDING EARLY NEUTRAL EVALUATION CONFERENCE**

COMES NOW, Plaintiff's attorney JAMES P. KEMP, ESQ., and hereby files this Motion to Excuse Plaintiff's Counsel James P. Kemp, Esq. from Attending Early Neutral Evaluation Conference (ENE). His Associate Counsel VICTORIA L. NEAL, ESQ. will be present and can adequately represent Mr. Wilson at the ENE.

LR 16-6 (e) states as follows:

    (e) Unless excused by the evaluating magistrate judge, the parties with authority to settle the case and their attorneys must attend the early neutral session in person.

1

# DECLARATION OF JAMES P. KEMP, ESQUIRE

COMES NOW JAMES P. KEMP, ESQ. and under penalty of perjury declares as follows:

1. I am a resident of Clark County Nevada and over the age of eighteen (18) years of age.

2. I am the Counsel of record for Plaintiff RAYMOND WILSON in the above-captioned matter.

3. I make this declaration of my own personal knowledge and each assertion contained herein is true and correct to the best of my own personal knowledge, except as to matters stated and made upon information and/or belief which matters I believe to be true, and if called to testify as to the matters set forth in this declaration I would testify competently and truthfully to the same.

4. The Early Neutral Evaluation (ENE) session in the above-captioned case is set for 9:30 a.m. on September 12, 2017 in front of Magistrate Judge Koppe.

5. That same morning at 10:00 a.m. I am scheduled to appear on behalf of an injured employee in a workers' compensation appeal hearing at the Nevada Department of Administration Appeals Office. My client in that matter is fighting claim denial, so time is of greater importance than it is for some other issues.

6. My Associate, Victoria L. Neal, Esq., will appear and will be fully prepared and able to adequately represent Mr. Wilson at the ENE on September 12, 2017.

///

///

///

///

2

7. When my workers' compensation matter is concluded I will call to see if the ENE is still in progress and if so I will come to the ENE at Federal Court immediately after my workers' compensation matter.

FURTHER, THE DECLARANT SAYETH NAUGHT.

DATED August 28, 2017

_____
JAMES P. KEMP

Based upon the foregoing and the fact that Plaintiff's Counsel will be representing a client in another forum and unavailable and the fact that Victoria L. Neal, Esq. will be fully prepared and able to represent Mr. Wilson at the ENE conference, Plaintiff's Counsel, James P. Kemp, Esq. respectfully requests that his Motion to be excused from the ENE session on September 12, 2017 at 9:30 a.m. be granted.

DATED August 28, 2017.

/s/ James P. Kemp
JAMES P. KEMP, ESQ
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: August 29, 2017

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

3